Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−12184−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Stephanie A Zanni
    1059 E. Forest Grove Rd
    Vineland, NJ 08360

Social Security No.:
    xxx−xx−0632

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             11/29/17
Time:             10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

　　　　An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

　　　　**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 18, 2017
JAN: bc

　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U. S. Bankruptcy Court

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                          Case No. 17-12184-ABA
Stephanie A Zanni                                               Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin              Page 1 of 2          Date Rcvd: Oct 18, 2017
                               Form ID: 132             Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2017.
db             +Stephanie A Zanni,    1059 E. Forest Grove Rd,    Vineland, NJ 08360-1884
516989008      +Franklin Township Tax Collector,    1571 Delsea Drive,    Block 6907 Lot 4,
                 Franklinville, NJ 08322-2391
516655667      +Jennelle C. Arnold,    Aldridge Pite, LLP,    4375 Jurtland Drive, Suite 200,    PO Box 17933,
                 San Diego, CA 92177-7921
516628536      +Nationstar,   P.O. Box 619063,    Dallas TX 75261-9063
516628541      +Plymouth Rock,    PO Box 903,   Linscroft NJ 07738-0903
516628540      +South Jersey Gas,    PO Box 6091,   Bellmaur NJ 08099-6091
516860359      +U.S. Bank National Association,    NATIONSTAR MORTGAGE LLC,    PO BOX 619096,
                 DALLAS, TX 75261-9096
516628537      +Verizon,   PO Box 4830,    Trenton, NJ 08650-4830
516628542      +Vineland Electric,    Municipal Utilities,    640 E. Wood St,    PO Box 1508,
                 Vineland NJ 08362-1508

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 18 2017 23:04:54      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 18 2017 23:04:49      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516857072      +E-mail/Text: g20956@att.com Oct 18 2017 23:05:30      AT&T Mobility II, LLC,
                 c/o AT&T Services, Inc.,    Karen Cavagnaro,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
516628538      +E-mail/Text: bankruptcy@pepcoholdings.com Oct 18 2017 23:04:25      Atlantic City Electric,
                 PO Box 13610,   Philadelphia PA 19101-3610
516647477       E-mail/Text: bankruptcy@pepcoholdings.com Oct 18 2017 23:04:25
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ  08069-3600
516628539      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Oct 18 2017 23:05:25
                 Comcast Cable,    One Comcast Center,    1701 JFK Blvd,    Philadelphia PA 19103-2899
516653566      +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2017 23:01:36      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2017 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,
               SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER
               TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR
               IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE
               BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Oct 18, 2017
                              Form ID: 132             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 5