UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Stephanie A Zanni

Case No.: _____17-12184_____

Chapter: _____13_____

Judge: _____ABA_____

## NOTICE OF FAILURE TO FILE SUPPLEMENTAL
## DOCUMENTS CONCERNING SCHEDULES

TO: __Stephanie A Zanni_____

This will confirm that on _____January 23, 2018_____ the following document(s) was filed by you.

☒    Amendment to Schedule(s) _C_____,

☐    Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

☒    Declaration About an Individual Debtor's Schedules (106 Declaration)

☒    An updated Summary of Your Assets and Liabilities and Certain Statistical Information
     (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐    Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐    An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary)
     [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date
of this notice.

Dated: _January 23, 2018_____                Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 17-12184-ABA
Stephanie A Zanni                                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1              User: admin              Page 1 of 1              Date Rcvd: Jan 23, 2018
                                 Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2018.
db              +Stephanie A Zanni,    1059 E. Forest Grove Rd,    Vineland, NJ 08360-1884

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0


        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2018 at the address(es) listed below:
        Charles G. Wohlrab    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,
         SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER
         TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL cwohlrab@logs.com,
         njbankruptcynotifications@logs.com
        Denise E. Carlon    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR
         IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE
         BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
         summarymail@standingtrustee.com
        Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
        Raymond  Shockley, Jr   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 6