Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−12184−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stephanie A Zanni
   1059 E. Forest Grove Rd
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−0632

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/15/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 15, 2018
JAN: bc

                                                    Jeanne Naughton
                                                    Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 17-12184-ABA
Stephanie A Zanni                                               Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 2         Date Rcvd: Feb 15, 2018
                              Form ID: 148             Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2018.
db             +Stephanie A Zanni,    1059 E. Forest Grove Rd,    Vineland, NJ 08360-1884
pp             +Lori Ann Zorzi,    2100 Frederick Court,    Vineland, NJ 08361-6193
516989008      +Franklin Township Tax Collector,    1571 Delsea Drive,    Block 6907 Lot 4,
                 Franklinville, NJ 08322-2391
516655667      +Jennelle C. Arnold,    Aldridge Pite, LLP,    4375 Jurtland Drive, Suite 200,    PO Box 17933,
                 San Diego, CA 92177-7921
516628536      +Nationstar,    P.O. Box 619063,    Dallas TX 75261-9063
516628541      +Plymouth Rock,    PO Box 903,    Linscroft NJ 07738-0903
516628540      +South Jersey Gas,    PO Box 6091,    Bellmaur NJ 08099-6091
516860359      +U.S. Bank National Association,    NATIONSTAR MORTGAGE LLC,    PO BOX 619096,
                 DALLAS, TX 75261-9096
516628542      +Vineland Electric,    Municipal Utilities,    640 E. Wood St,    PO Box 1508,
                 Vineland NJ 08362-1508

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 15 2018 23:16:26    U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 15 2018 23:16:24    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516857072      +EDI: CINGMIDLAND.COM Feb 15 2018 22:38:00    AT&T Mobility II, LLC,    c/o AT&T Services, Inc.,
                 Karen Cavagnaro,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
516628538      +E-mail/Text: bankruptcy@pepcoholdings.com Feb 15 2018 23:16:05    Atlantic City Electric,
                 PO Box 13610,    Philadelphia PA 19101-3610
516647477       E-mail/Text: bankruptcy@pepcoholdings.com Feb 15 2018 23:16:05
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ  08069-3600
516628539      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Feb 15 2018 23:17:01
                 Comcast Cable,    One Comcast Center,    1701 JFK Blvd,    Philadelphia PA 19103-2899
516653566      +EDI: RMSC.COM Feb 15 2018 22:38:00    Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516628537      +EDI: VERIZONCOMB.COM Feb 15 2018 22:39:00    Verizon,    PO Box 4830,    Trenton, NJ 08650-4830
                                                                                               TOTAL: 8

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2018 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,
               SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER
               TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR
               IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE
               BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Raymond   Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
```

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Feb 15, 2018
                              Form ID: 148             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
         U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
         TOTAL: 6